IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON

| | |
|---|---|
| **PAUL EUGENE BAILEY, # 171480,** | * |
| Petitioner, | * |
| vs. | * CIVIL ACTION NO. 23-00358-JB-B |
| **PHYLLIS MORGAN,** | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 9, 2024 (Doc. 13) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Paul Eugene Bailey's amended habeas corpus petition (Doc. 4) and this action are **DISMISSED with prejudice** as time-barred pursuant to 28 U.S.C. § 2244(d)(1), and that Petitioner Bailey is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 1st day of October, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE