```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISON
```

PAUL EUGENE BAILEY, # 171480,    \*
                                  \*
    Petitioner,              \*
                                  \*
vs.                               \* CIVIL ACTION NO. 23-00358-JB-B
                                  \*
PHYLLIS MORGAN,                   \*
                                  \*
    Respondent.              \*

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent, Warden Phyllis Morgan, and against the Petitioner, Paul Eugene Bailey, and that Petitioner Bailey is not entitled to a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

    **DONE and ORDERED** this 1st day of October, 2024.

                                        /s/ JEFFREY U. BEAVERSTOCK
                                        CHIEF UNITED STATES DISTRICT JUDGE